**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § § § § § § | **COMPLAINT FOR FORFEITURE** *IN REM* |
| **v.** | § § § | |
| **APPROXIMATELY 10,404,905 USDT** | § § § | *CIVIL ACTION NO.* **26-cv-2542** |
| **Defendant,** *in rem.* | § § § | |

**VERIFIED COMPLAINT FOR FORFEITURE** *IN REM*

Plaintiff, the United States of America, through the U.S. Attorney for the District of Columbia, brings this verified complaint for forfeiture in a civil action *in rem* against 10,404,905 USDT, hereinafter referred to as "**Defendant Property**," and alleges as follows:

**STATEMENT OF THE CASE**

1. Criminals believed to be located abroad, their associates, and conspirators together stole funds from multiple U.S. victims. The funds were then laundered through a series of virtual currency addresses, and sometimes virtual currency exchanges, to evade detection and hide the origin of the funds. The **Defendant Property** constitutes proceeds traceable to those thefts and property involved in, and traceable to, this money laundering scheme.

2. The United States of America seeks to lawfully forfeit the **Defendant Property** to punish and deter criminal activity by depriving criminals of property used in or acquired through illegal activities, and most importantly, to recover assets that may be used to compensate victims.[1]

---

[1] *See* United States Asset Forfeiture Program, *Our Mission*, https://www.justice.gov/afp.

## JURISDICTION AND VENUE

3.      This Court has original jurisdiction of this civil action by virtue of 28 U.S.C. § 1345 because it has been commenced by the United States and by virtue of 28 U.S.C. § 1355(a) because it is an action for the recovery and enforcement of a forfeiture under an Act of Congress.

4.      This Court has *in rem* jurisdiction over the **Defendant Property** under 28 U.S.C. § 1355(b).

5.      Venue is proper in this judicial district under 28 U.S.C. § 1355(b)(2) because the property is subject to forfeiture under the laws of the United States and is controlled by Tether International S.A. de C.V. ("Tether"), which is domiciled in the country of El Salvador.

## NATURE OF THE ACTION AND STATURY BASIS FOR FORFEITURE

6.      The United States files this *in rem* forfeiture action to seek forfeiture of **Defendant Property** as constituting proceeds of wire fraud and wire fraud conspiracy offenses, committed in violation of 18 U.S.C. §§ 1343, 1349, 2, and 3, and as involved in money laundering and money laundering offenses, committed in violation of 18 U.S.C. 1956(a)(1)(B)(i), 1956(h), 2, and 3.

7.      Procedures for this action are mandated by Rule G of the supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions and, to the extent applicable, 18 U.S.C. §§ 981 and 983 and the Federal Rules of Civil Procedure.

8.      18 U.S.C. § 981(a)(1)(A) mandates forfeiture of any property, real or personal, involved in a transaction or attempted transaction in violation of section 18 U.S.C. §§ 1956, 1957 or 1960, or any property traceable to such property.

9.      18 U.S.C. § 981(a)(1)(C) mandates forfeiture of property constituting or derived from proceeds traceable to wire fraud, conspiracy to commit wire fraud, or any offense constituting "specified unlawful activity" as defined by 18 U.S.C. § 1956(c)(7), or a conspiracy to commit such

offense. A violation of 18 U.S.C. § 1343, or a conspiracy to commit that offense, constitutes specified unlawful activity under 18 U.S.C. § 1956(c)(7)(A) as an offense listed in 18 U.S.C. § 1961(1)(B).

10. 18 U.S.C. § 1343 provides that whoever, having devised or intending to devise any scheme or artifice to defraud, or for obtaining money or property by means of false or fraudulent pretenses, representations, or promises, transmits or causes to be transmitted by means of wire, radio, television communication in interstate or foreign commerce, any writings, signs, signals, pictures, or sounds for the purpose of executing such scheme or artifice, commits the violation of wire fraud.

11. 18 U.S.C. § 1349 provides that whoever attempts or conspires to commit a violation of 18 U.S.C. § 1343 shall be subject to the same penalties as those prescribed for the offense, the commission of which was the object of the attempt or conspiracy.

12. 18 U.S.C. § 1956(a)(1)(B)(i) provides in relevant part that whoever, knowing that the property involved in a financial transaction represents the proceeds of some form of unlawful activity, conducts or attempts to conduct such a financial transaction which in fact involves the proceeds of specified unlawful activity— . . . knowing that the transaction is designed in whole or in part . . . to conceal or disguise the nature, the location, the source, the ownership, or the control of the proceeds of specified unlawful activity" is guilty of concealment of money laundering.

13. 18 U.S.C. § 1956(a)(2)(B)(i) provides that whoever transports, transmits, or transfers, or attempts to transport, transmit, or transfer a monetary instrument or funds from a place in the United States to or through a place outside the United States or to a place in the United States from or through a place outside the United States—knowing that the monetary instrument or funds involved in the transportation, transmission, or transfer represent the proceeds of some form of

unlawful activity and knowing that such transportation, transmission, or transfer is designed in whole or in part—to conceal or disguise the nature, the location, the source, the ownership, or the control of the proceeds of specified unlawful activity, commits international money laundering.

14.     18 U.S.C. § 1956(h) provides that any person who conspires to commit any offense of 1956 or 1957 is subject to the same penalties as those prescribed for the offense the commission of which was the object of the conspiracy.

## PROPERTY INFORMATION

15.     The **Defendant Property** is 10,404,905 USDT, which is the approximate equivalent to 10,400,913.45 in U.S. dollars (USD).  The **Defendant Property** is associated with the following virtual currency addresses, with these addresses together being referred to as the "**Subject Virtual Currency Addresses**:"

    a.  0xCA44101abE4c3215F94942ca707248c7Aa40A4DB, herein referred to as "**Subject Virtual Currency Address 1**," storing approximately 482,356 USDT;

    b.  0xe3D1143FcCc957186B013FeC87C492C31fB15e14, herein referred to as "**Subject Virtual Currency Address 2**," storing approximately 5,680,262 USDT;

    c.  0x89CF540a89Ae0FBdEdd4780CD38B3496b65F1Da5, herein referred to as "**Subject Virtual Currency Address 3**," storing approximately 4,242,287 USDT.

16.     The virtual currency associated with the **Subject Virtual Currency Addresses** is hereinafter referred to as the "**Defendant Property**."

17.     The United States has yet to take custody and control over the **Defendant Property**, which is held, and was voluntarily frozen by, Tether.

## DEFINITIONS

18.    **Virtual Currency:** Virtual currencies are digital representations of value that, like traditional coin and paper currency, function as a medium of exchange (i.e., they can be digitally traded or transferred, and can be used for payment or investment purposes). Virtual currencies are a type of digital asset separate and distinct from digital representations of traditional currencies, securities, and other traditional financial assets. The exchange value of a particular virtual currency generally is based on agreement or trust among its community of users. Some virtual currencies have equivalent values in real currency or can act as a substitute for real currency, while others are specific to particular virtual domains (e.g., online gaming communities) and generally cannot be exchanged for real currency. Cryptocurrencies, like Bitcoin and Ether, are types of virtual currencies, which rely on cryptography for security. Cryptocurrencies typically lack a central administrator to issue the currency and maintain payment ledgers. Instead, cryptocurrencies use algorithms, a distributed ledger known as a blockchain, and a network of peer-to-peer users to maintain an accurate system of payments and receipts.

19.    **Blockchain:** A blockchain is a digital ledger run by a decentralized network of computers referred to as "nodes." Each node runs software that maintains an immutable and historical record of every transaction utilizing that blockchain's technology. Many digital assets, including virtual currencies, publicly record all their transactions on a blockchain, including all of the known balances for each virtual currency address on the blockchain. Blockchains consist of blocks of cryptographically signed transactions, and blocks are added to the previous block after validation and after undergoing a consensus decision to expose and resist tampering or manipulation of the data. There are many different blockchains used by many different virtual

currencies. For example, Bitcoin in its native state exists of the Bitcoin blockchain, while Ether (or "ETH") exists in its native state on the Ethereum network.

20.    **Blockchain Analysis:** Law enforcement can trace transactions on blockchains to determine which virtual currency addresses are sending and receiving particular virtual currency. This analysis can be invaluable to criminal investigations for many reasons, including that it may enable law enforcement to uncover transactions involving illicit funds and to identify the person(s) behind those transactions. To conduct blockchain analysis, law enforcement officers use reputable, free open source blockchain explorers, as well as commercial tools and services. These commercial tools are offered by different blockchain-analysis companies. Through numerous unrelated investigations, law enforcement has found the information associated with these tools to be reliable.

21.    **Virtual Currency Address:** A virtual currency address is an alphanumeric string that designates the virtual location on a blockchain where virtual currency can be sent and received. A virtual currency address is associated with a virtual currency wallet.

22.    **Virtual Currency Exchange:** A virtual currency exchange ("VCE"), also called a virtual currency exchange, is a platform used to buy and sell virtual currencies. VCEs allow users to exchange their virtual currency for other virtual currencies or fiat currency, and vice versa. Many VCEs also store their customers' virtual currency addresses in hosted wallets. VCEs can be centralized (i.e., an entity or organization that facilitates virtual currency trading between parties on a large scale and often resembles traditional asset exchanges like the exchange of stocks) or decentralized (i.e., a peer-to-peer marketplace where transactions occur directly between parties).

23.    **Virtual Currency Wallet:** A virtual currency wallet (*e.g.,* a hardware wallet, software wallet, or paper wallet) stores a user's public and private keys, allowing a user to send

6

and receive virtual currency stored on the blockchain. Multiple virtual currency addresses can be controlled by one wallet.

24. **Unhosted Wallet:** An unhosted wallet, also known as a self-hosted, non-custodial wallet, is a virtual currency wallet through which the user has complete control over storing and securing their private keys and virtual currency. Unhosted wallets do not require a third party's involvement (*e.g.,* a virtual currency exchange) to facilitate a transaction involving the wallet. Unhosted wallets allow users to generate and manage their own unhosted wallet addresses.

25. **Transaction Fee:** A transaction fee is a fee paid by the party sending virtual currency on a blockchain to reward miners and/or validators for verifying and validating transactions. Transaction fees vary by blockchain and can fluctuate based on factors such as blockchain network traffic and transaction sizes. Senders of virtual currency can increase the transaction fees that they pay to have their transactions confirmed faster by miners and/or validators. Transaction fees are generally paid in a blockchain's native token (*e.g.*, Bitcoin on the Bitcoin blockchain). On the Ethereum network, these transaction fees are called "gas fees." Gas fees are transaction costs paid in Ether ("ETH"), or its fraction, gwei. These fees serve as a form of remuneration for validators who maintain and secure the network. Gas fees fluctuate based on supply, demand, and network capacity, and may increase during periods of network congestion.

26. **Stablecoins:** Stablecoins are a type of virtual currency whose value is pegged to a commodity's price, such as gold, or to a fiat currency, such as the U.S. dollar, or to a different virtual currency. For example, Tether (also known as USDT) is a stablecoin pegged to the U.S. dollar. Stablecoins achieve their price stability via collateralization (backing) or through algorithmic mechanisms of buying and selling the reference asset or its derivatives.

27.     **Tether:** Tether International S.A. de C.V. ("Tether") is the company that manages the smart contracts and the treasury (i.e., the funds held in reserve) for USDT tokens.

28.     **Ether:** Ether ("ETH") is a virtual currency that is the native token used by the Ethereum blockchain, which is a blockchain with smart contract functionality.

29.     **Tron:** Tron is a blockchain with smart contract functionality.

30.     **USD Coin:** USD Coin ("USDC") is a "stablecoin" virtual currency with its value tied to the US dollar. USDC is issued Circle Internet Financial, LLC.

## STATEMENT OF FACTS

### Background on Cryptocurrency Investment Fraud

31.     The USSS is investigating cryptocurrency investment fraud ("CIF") schemes, often referred to as "pig-butchering," a term derived from the Chinese-language word used to describe this scheme and its treatment of victims. In 2024 alone, more than 41,000 complaints of CIF were received by the Federal Bureau of Investigation's Internet Crime Complaint Center (IC3), resulting in $5.8 billion in reported losses.[2] CIF schemes are often orchestrated by Asia-based criminal syndicates, predominately operating in southeast Asia.

32.     In CIF schemes, criminals contact potential victims through seemingly misdirected text messages, dating applications, or other online platforms/forums with the goal of building rapport and relationships with the victims.

33.     Once that trust is established, the criminal recommends virtual currency investment by touting their own, or an associate's success in the field. Investment methods vary, but a common tactic is to direct a victim to a fake investment platform hosted on a website. These websites, and

---

[2] *See* Fed. Bureau of Investigation, Internet Crime Report 2024 at 36, https://www.ic3.gov/AnnualReport/Reports/2024_IC3Report.pdf.

the investment platforms hosted there, are created by criminals to mimic legitimate platforms. The subject usually instructs and/or assists the victim with opening an account on a centralized virtual currency exchange, such as Coinbase or Crypto.com, and then walks the victim through transferring money from a bank account to that virtual currency exchange account. Next, the victim will usually receive instructions on how to transfer their virtual currency assets to the fake investment platform. On its surface, the platform typically shows lucrative returns, encouraging further investment. However, all deposited funds are actually routed to a virtual currency address controlled by the criminals.

34.    In CIF schemes, the subjects will continue to encourage investments until victims have depleted their savings. Oftentimes, the subject will attempt to continue the scheme by coaching victims on taking out loans against their homes or borrowing money from friends and family. Inevitably, these victims generally run out of money and make attempts to withdraw their funds. However, victims are unable to do so and are provided various excuses as to why. For example, subjects will often levy a fake "tax" requirement, stating taxes must be paid on the proceeds generated from the platform. This is just an eleventh-hour effort by subjects to elicit more money from victims; ultimately, victims are locked out of their accounts and lose all their funds. Even when victims procure enough funds to pay these "taxes," the subjects will continue to concoct new excuses and fees for victims to pay.

**Overarching CIF Investigation Involving the Subject Virtual Currency Addresses**

35.    The Ontario Provincial Police ("OPP") contacted the USSS Washington Field Office in late-2024 regarding a large network of virtual currency addresses they believed, based on blockchain analysis, were involved in receiving and transferring a large amount of illicit proceeds. OPP's Cyber-Enabled Fraud Team ("CEFT") had been leading an investigation into an

9

international network of cryptocurrency investment frauds. According to the OPP, CEFT became involved in this matter in October 2023, following a complaint received by Huron County OPP of two victims being defrauded. The victims believed they were investing in a cryptocurrency opportunity through a website later identified as fictitious with the initial victim suffering approximately $17,500 of loss in the scheme.

36.     In the course of CEFT's investigation, a nefarious value which enabled offenders to transfer cryptocurrency out of victims' wallets using smart contract technology was discovered to be embedded within approval transactions and the website's source code. Since this finding means that anyone who has visited the scam website is at risk of falling victim to approval phishing, it clearly established that the fraud extended well beyond Huron County.[3]

37.     The same approval value used to victimize the Huron County complainants was found embedded within the source code of a multitude of fraudulent sites since 2020. It is believed that cryptocurrency investment scams utilizing the value had been derived from the same source and "copied and pasted" under new banners to continue to defraud the public. Based on blockchain analysis, additional addresses were identified as being part of the scheme. The **Subject Virtual Currency Addresses** are three of the addresses identified through CEFT's efforts as being controlled by the same threat actors and hold a balance of approximately 10,404,905 USDT.

38.     On January 6, 2025, Tether confirmed the **Subject Virtual Currency Addresses** have been voluntarily blocklisted under Tether ticket number #741305.

---

[3] Approval Phishing is a tactic by which actors are able to gain control of the funds held in a cryptocurrency address without permission or authority to do so by exploiting the smart contract technology inherent in various blockchains. Smart contracts can authorize another user's address to be an "approved spender," meaning another user can authorize transactions without the consent of the user who holds the address bearing the funds.

39.    The investigation revealed at least 243 suspected fraud victim transactions with funds laundered using a network identified by the investigators and deposited into the **Subject Virtual Currency Addresses**. A sample of victims associated with these transactions were interviewed. Investigators also identified at least 82 cryptocurrency addresses to which victims deposited their virtual currency, under belief that these addresses were legitimate platforms ("initial deposit addresses"). Using the Last-In-First-Out tracing methodology, victim funds from these initial deposit addresses were cycled through a large set of "intermediary addresses," which are believed to be used for laundering purposes. Many of the intermediary addresses are also linked to cryptocurrency confidence scams, with multiple victims reporting losses.

40.    Due to the shared intermediary addresses, common scams, and similar transaction activity, the **Subject Virtual Currency Addresses** are believed to be operated by the same group of cryptocurrency confidence scammers. For example, the same two intermediary addresses, 0x3a19e8027e22b784f4b1c3e9d73d37264e6c69e7                ("0x3a19")                and 0xcd9041ec910984e5f670fbf5e13b567b17f3f73a ("0xcd90"), fund at least some of the funds in all    **Subject    Virtual    Currency    Addresses**.    Another    address, 0xad9e40685786c1009cbbbdc2dd62f9ca9174b5ed ("0xad9e"), is also involved in the laundering of funds in two of the **Subject Virtual Currency Addresses**. This flow is shown below in Exhibit 1.

**Exhibit 1 – Common Consolidation Addresses**



41.     This complaint explains how investigators identified this network of addresses, all believed to be used by a group of cryptocurrency confidence scam actors, traced victim funds into this network, and why all of the USDT associated with the **Subject Virtual Currency Addresses** is believed to be proceeds of cryptocurrency confidence schemes or involved in concealment money laundering and therefore subject to seizure and forfeiture.

42.     In reviewing and tracing virtual currency into the **Subject Virtual Currency Addresses**, investigators utilized the Last-in First-out ("LIFO") method of accounting. This LIFO method assumes that the first output being traced was funded by the last input up to the amount of the original transaction deposited.

43.     Using the **Subject Virtual Currency Addresses** as starting points, investigators traced the frozen funds backwards, using the LIFO method, to identify the initial source of the funds. In most cases observed by the investigators, the source of funds were exchanges like

Crypto.com, Kraken, and Coinbase. In the training and experience of the investigators, the victims of cryptocurrency scams often onramp cryptocurrency through exchanges and send it to virtual currency addresses scammers provided the victims, either directly or through scam websites, as the deposit address for their virtual currency investments (the "initial deposit addresses").

44.     Investigators back-traced the frozen funds in the **Subject Virtual Currency Addresses** to hundreds of initial deposit addresses. For example, funds in **Subject Virtual Currency Address 1** originated from various exchanges that made transfers into at least 10 initial deposit addresses. The funds were then transferred downstream, often commingling with other funds, across multiple intermediaries, and eventually deposited into **Subject Virtual Currency Address 1**, where it was frozen by Tether. This process, from initial deposit to ultimate transfer into **Subject Virtual Currency Address 1,** involved at least 25 addresses believed to be owned or controlled by the suspect group to launder the funds.

45.     The initial deposit addresses were further analyzed and determined to have collectively received more than $1.1 million during the course of their use, including approximately $377,971 from Crypto.com, $111,281 from Coinbase, and $163,928 from Newton. Based on the training and experience of the investigators with working cryptocurrency confidence scams, and other crimes involving virtual currency, addresses used in the initial receipt of criminal proceeds are likely to be utilized solely for the purpose of receiving such funds. Therefore, there is a high likelihood that all virtual currency deposited into those initial deposit addresses represents proceeds from additional cryptocurrency confidence victims. In part, this is because those operating such fraud schemes do so full-time and therefore do not have any significant alternative source of legitimate virtual currency income to send to such deposit addresses in any event. Moreover, combining legitimate with illegitimate income could create operational risks for the

operators of such fraud schemes as legitimate accounts might be subject to scrutiny by those not involved in the offense conduct, such as accountants and staff at legitimate banks and virtual currency exchanges. Furthermore, the investigators have yet to encounter a witness who deposited funds into any of the initial deposit addresses for legitimate purposes.

46. These initial deposit addresses and the intermediaries were queried on complaint databases including the FBI's Internet Crimes Complaint Center ("IC3") and the Federal Trade Commission's ("FTC") Consumer Sentinel systems, detailing cryptocurrency confidence scams that referenced the addresses. The investigators also received victim information from exchanges that fund the initial deposit addresses through grand jury subpoenas. Following these identification efforts, investigators have performed outreach to the individuals, believed to be victims of cryptocurrency confidence scams, and confirmed they were victims of cryptocurrency confidence scams.

47. Based on these determinations, and in the training and experience of the investigators, all the remaining funds that passed through the back-traced addresses are funds tied to cryptocurrency confidence scam victims. As previously noted, actors involved in the laundering of proceeds from scams such as cryptocurrency confidence schemes do not typically commingle clean funds with stolen funds outside of the purpose of further laundering the cryptocurrency confidence scam funds. Therefore, based on the training and experience of the investigators and the observations of movement of victim funds, the funds being received from the same intermediary addresses are likely to consist of the proceeds of cryptocurrency confidence scams, or similar scams, and are commingled for the purpose of concealing, disguising, and laundering the funds.

48.     For each of the **Subject Virtual Currency Addresses,** directly traceable scam proceeds are funds that were sent from the victim's initial account at a virtual currency exchange to a suspect address, where the funds were then sent through numerous transactions in rapid succession in what appears to be an effort to obfuscate the nature, source, control, and/or ownership of those proceeds, before ultimately being deposited to the **Subject Virtual Currency Addresses**. While not all of what is in the **Subject Virtual Currency Addresses** could be individually traced back to victims, the use of the intermediaries to obfuscate the source of funds in the same manner as the funds traceable to victims suggest they were either sourced from unidentified victims or are used in the laundering of the proceeds.

49.     Because transactions from exchanges into initial deposit addresses, believed to be initiated by victims, involve hundreds of transactions, a sample representative of transaction hashes were used in information requests and grand jury subpoenas to exchanges based in the United States for originating victim information. While not all potential victims responded to investigator efforts, those who did described a variety of scams as detailed later in this complaint.

50.     In total, law enforcement's victim identification efforts located at least 243 transactions believed to be initiated by victims of cryptocurrency confidence scams. These transactions total at least $1.7 million deposited into the 82 initial deposit addresses and laundered through hundreds of intermediary addresses to ultimately be deposited in whole or in part into the **Subject Virtual Currency Addresses**. These 82 initial deposit addresses received over $78 million within their use from January 2023 to July 2026, with the highest funder being Coinbase, with approximately $46 million in deposits into the initial deposit addresses. Based on the training and experience of the investigators, initial deposit addresses that scammers provide to victims are typically exclusively used to receive and transfer victim proceeds rather than also being used for

licit transactions. This is because when most victims ultimately realize they have been scammed, many report the deposit addresses where they sent their virtual currency to law enforcement, exposing these addresses for freezes and seizures. Therefore, funds sent to and from the initial deposit addresses likely originate from additional unidentified victims of cryptocurrency confidence or related scam. These totals are believed to represent just a portion of the true magnitude of the scheme.

51.    As detailed throughout this complaint, the victim funds have been funneled through hundreds of addresses, starting with the initial deposit addresses, moving through intermediary addresses, and eventually into the **Subject Virtual Currency Addresses**. Because of the sheer volume of transactions and complex web of intermediary addresses, believed to be by design, tracing a single victim deposit all the way through to the **Subject Virtual Currency Addresses** is incredibly time-consuming for even a team of investigators. With hundreds of high-frequency transactions designed to complicate tracing efforts, it is also difficult to determine which outgoing transaction involves each specific input of fraud victim funds. Nonetheless, examples of the tracing from start to finish, showing the strategy employed to obfuscate and conceal transactions by intermingling traced victim funds with additional funds of unknown origins, are included to show the flow of funds from identified victims to the **Subject Virtual Currency Addresses**.

## Subject Virtual Currency Address 1

52.    Funds    frozen    in    **Subject    Virtual    Currency    Address    1**, 0xCA44101abE4c3215F94942ca707248c7Aa40A4DB, total about 482,356 USDT. Investigators have back-traced approximately $195,173 of these funds to 76 transactions from exchanges into 11 initial deposit addresses.[4] Based on the training and experience of the investigators, transactions

---

[4] *See* Exhibit 7.

16

being initiated from exchanges that operate in the United States indicate a high likelihood of these transactions being conducted by victims as opposed to subjects, as these exchanges are legally required to conduct due diligence of their customers (i.e., "know your customer" or "KYC" checks) and to have anti-money laundering programs in place. Victims often "on-ramp" their fiat currency into cryptocurrency via large and trusted cryptocurrency exchanges, prior to losing control of their cryptocurrency in blockchain transactions.

53.     These funds are consolidated in address 0x8a80396a4b63b3efe1b7995e8118d313f9f6f9ba, fund at least 5 transfers into 0xfa29a6535faad767a32fd288165257aca63738c2, and, by LIFO, are included in a 3,900 USDT and a 650,000 USDT transfer into 0x5a0492079f0d76def94eeeb40c58c70adb7bc06a ("0x5a04"). This 653,900 USDT is first used to fund four transactions totaling 250,100 USDT to other addresses in the laundering network, and then one transaction of 413,880 USDT into address 0x88140484D9847Dbdd7182c75547AE5292F54cd92 ("0x8814"). By LIFO, 403,800 USDT of this transaction is funded by the 653,900 USDT transfer from 0x5a04.

54.     From 0x8814, approximately 29,827.72 USDT is transferred to another address in the laundering network, and the remainder of the 413,880 USDT is used to fund a 600,000 USDT transfer into aforementioned address 0xad9e. From 0xad9e, the funds are used in a transfer of 743,000 USDT to address 0x77E18482ea097E9519EDea942258f53082205778 ("0x77E1"). The subsequent transfer from 0x77E1, that uses funds traced forward from the 76 initial transactions by LIFO, is a 482,238 USDT transfer into **Subject Virtual Currency Address 1** and makes up the entire amount frozen in **Subject Virtual Currency Address 1**. Therefore, by LIFO, the **Defendant Property** in **Subject Virtual Currency Address 1** contains at most all victim funds identified, totaling approximately $195,173. This movement of funds is illustrated in Exhibit 2.

**Exhibit 2 – Confirmed and Suspected Victim Transactions Traced to Subject Virtual Currency Address 1**



55.     Over the course of its use, from February 2024 to August 2025, 0x8a80 transferred approximately 46,669,427 USDT to 0xfa29. While not all of the transactions that fund 0x8A80 could be back-traced due to the amount of time it would take for even a team of investigators to trace every single transaction, some counterparties of 0x8a80 which fund transactions into 0xfa29 were queried on IC3. Of the 29 addresses queried, 19 addresses were reported to IC3 as being parts of pig butchering scams by 14 victims, reporting a total loss of about $693,022.  The loss reported by the 14 individuals is summarized below:

| Victim | Reported Loss | Location | Date of Report |
|---|---|---|---|
| AV | $ 2,088.35 | North Dakota | 8/22/2025 |
| AS | $38,220.00 | Canada | 3/19/2025 |
| NP | $26,226.70 | Illinois | 2/16/2025 |
| MP | $225,000.0 | Texas | 2/11/2024-2/14/2025 |
| KG | $29,273.93 | South Carolina | 1/31/2025 |
| LP | $74,602.63 | Canada | 1/20/2025 |
| LG | $136,890.0 | New Jersey | 12/5/2024 |
| TW | $35,000.00 | Canada | 11/8/2024 |
| NU | $24,000.00 | Texas | 11/7/2024 |
| SG | $43,000.00 | Illinois | 11/1/2024 |
| BV | $7,133.00 | Texas | 10/31/2024 |
| JV | $2,400.00 | Louisiana | 10/30/2024 |
| KB | $48,328.00 | Canada | 10/27/2024 |
| TK | $ 860.00 | Kentucky | 10/22/2024 |

56.    Funds of at least victims AS and MP were traced forward to **Subject Virtual Currency Address 1** and are at least partially contained in the **Defendant Property**. Exhibit 3. Specifically, approximately $2,174 from MP and approximately $1,656 from AS were traced to the **Defendant Property**. Based on the training and experience of the investigators with working pig butchering scams, and other crimes involving virtual currency, addresses used to receive criminal proceeds are likely to be utilized solely for the purpose of receiving such funds or meant to be involved in the laundering of such funds to help further obfuscate the source and destination of funds. Therefore, while not all reports were filed by victims whose funds could be traced to **Subject Virtual Currency Address 1**, all funds received by 0x8a80 are believed to belong to known and unknown victims.

**Exhibit 3 – Funds of Victim MP and AS Traced to Subject Virtual Currency Address 1**



57.     Three of the victims out of the 14 identified through IC3 reports were interviewed by the investigators, and provided the following information:

a.  **Victim NU:** NU was interviewed by the investigators around February 2025 and reported a loss of $24,397.53 to an employment scam. She was contacted on WhatsApp[5] with an offer to earn commission by reviewing tourism company websites. The conversation soon moved to Telegram where the suspects walked her through a website that required her to pay "negative balances" to continue reviewing websites and earn a commission. Because she was able to withdraw her

---

[5] WhatsApp and Telegram are communications platforms with end-to-end encryption. In the training and experience of the investigators, this encryption makes these platforms a common mean of communication in cryptocurrency scams.

initial "earnings," she continued to pay into the scam. NA also provided screenshots of this website and the negative balances she was required to pay.[6]

**Exhibit 4 – Screenshot Provided by Victim NU**



b. **Victim LG:** LG was interviewed by investigators around April 2025 and reported a loss of about $137,000. She reported being contacted on WhatsApp for a work from home opportunity. She was told she would be working to promote Wendy Wu Tours, based in the UK, and earn commission. As she completed tasks, she was told she needed to pay fees and taxes to withdraw her earnings. LG also provided screenshots of her communications with the suspects. Because she was able to withdraw about $156 during "training" she continued to pay into the scam.

---

[6] *See* Exhibit 4.

What appears to be an invoice for processing fees that she was told to pay to withdraw her earnings is below.[7]

**Exhibit 5 – Invoice Provided by Victim LG**



c.  **Victim MP:** MP was interviewed around November 2025 and reported a loss of about $225,000. He was initially approached on Facebook messenger, but the conversation soon moved to Telegram. He was instructed to write reviews and buy tickets on a site called Viator. Because he received about $150 during "training," he continued to take part in the scheme. He was told to "recharge" tickets by paying in cryptocurrency and that he had to pay for fees and taxes to withdraw his earnings.

---

[7] *See* Exhibit 5.

58.     Investigators also served grand jury subpoenas to various exchanges for information on account holders who initiated transactions to known initial deposit addresses that feed 0x8a80. Information acquired by the investigators in interviews, in or about November 2025, with three additional victims of the scheme are below:

> a.   **Victim WZ:** Around October 2024, WZ was searching for a job opportunity on Facebook Marketplace where he found an offer that consisted of reviewing tourism sites. In order to receive payment, he was told he could leave 5-star reviews to sites to earn a profit. WZ was able to withdraw approximately $200 and continued taking part in the scam.

> b.   **Victim RK:** Around October 2024, RK approached an online job opportunity on Facebook Marketplace that offered a profit in exchange for reviews. She was able to withdraw some funds but was told she had to pay in cryptocurrency in order to "unblock" her account. After transferring about $1,296 to the scammers, she realized the site was fraudulent upon not being able to withdraw her funds and receiving no further communication from the scammers.

> c.   **Victim MK:** Around October 2024, MK was searching for a job opportunity on Facebook Marketplace. He contacted the advertiser. The communication soon moved from Facebook Messenger to WhatsApp, where he was provided a link to deposit a "commission." He was told this money would be used in investments. After sending about $10,071, MK realized the site was fraudulent due to not being able to withdraw his funds.

59.     Other consolidation addresses feeding into the money laundering network were also identified. Five initial deposit addresses, funded mostly by exchanges Coinbase, Shakepay and

Kraken, consolidate funds in address 0x2cF841cAa69662309A1F253DA178aa3351BF3730 ("0x2cF8"), where they are swapped for USDT through Tokenlon(.)io. These funds are then transferred to aforementioned address 0x5a04 in two transactions, totaling about 30,180 USDT, which fund about 10,000 USDT of the 413,880 USDT that is transferred to 0x8814.

60.    While no victim reports were located concerning the initial deposit addresses, the consolidation address 0x2cF8 is reported in eight IC3 reports from 6 victims with a combined loss of about $542,710:

| Victim | Reported Loss | Location | Date of Report |
|---|---|---|---|
| AM | $ 10,000.00 | New Jersey | 11/27/2024 |
| OO | $ 367,000.00 | Washington | 12/12/2024 |
| LT | $ 3,000.00 | Oklahoma | 12/14/2024 |
| KL | $ 37,140.00 | Maryland | 12/28/2024 |
| MM | $ 2,867.11 | Texas | 1/17/2025 |
| DK | $ 122,703.00 | Canada | 2/27/2025 |

61.    An address that feeds the aforementioned intermediary 0x882c was also reported by victims to Bitvavo, a European cryptocurrency exchange, as being used in the pig butchering scam called "SteemFly." Investigators contacted Bitvavo in November 2025 to request confirmation of this report and request any evidence held by Bitvavo. On November 7, 2025, Bitvavo responded with the following: "All the screenshots with wallet addresses are intermediate wallets used by the clients which then relocated the funds to the larger wallet which we reported. There was also quite some client contact which all confirmed that that wallet is related to SteemFly and that it was largely related to romance scams." As part of the response, Bitvavo provided the following screenshots.[8]

---

[8] *See* Exhibit 6.

**Exhibit 6 – Screenshots Provided by Bitvavo**



62.     As previously noted, based on the training and experience of the investigators, actors involved in the laundering of proceeds from scams such as pig butchering schemes do not typically commingle clean funds with stolen funds outside of the purpose of further laundering the proceeds of pig butchering. Therefore, based on the training and experience of the investigators and the observations of movement of victim funds, all funds being deposited into **Subject Virtual Currency Address 1** are likely to consist of the proceeds of pig butchering, or similar scams, and are commingled for the purpose of concealing, disguising, and laundering the funds. Further, based on the training and experience of the investigators, individuals engaged in fraud often move proceeds of criminal activity through multiple financial accounts, sometimes at a rapid pace, and often with no discernable legitimate purpose with the goal of concealing the true nature and source of the underlying funds. The flow of funds from the initial victim accounts, through the

intermediaries, and into **Subject Virtual Currency Address 1** demonstrates this type of movement without any apparent legitimate economic purpose. This is believed to be by design, with intent to conceal nature, source, location, ownership, and control of the proceeds.

63.     Therefore, all funds received by this address are believed to belong to known and unknown victims. In addition, because the transactions are designed to conceal victim funds and frustrate law enforcement tracing efforts, all funds involved in these transactions are involved in money laundering, and thus subject to seizure.

**Exhibit 7 – Transactions from Exchanges Funding Subject Virtual Currency Address 1**

| Date | From | To | Asset | Asset Value | USD Value |
|---|---|---|---|---|---|
| 11/1/2024 | Crypto.com | 0x0de4aed05ec1bda2c258d56e297f22736a957d0f | ETH | 0.61848 | $1,557.30 |
| 11/1/2024 | Crypto.com | 0x0de4aed05ec1bda2c258d56e297f22736a957d0f | ETH | 0.74563 | $1,877.45 |
| 11/1/2024 | Crypto.com | 0x0de4aed05ec1bda2c258d56e297f22736a957d0f | ETH | 2.14983 | $5,413.15 |
| 10/31/2024 | Uphold | 0x0de4aed05ec1bda2c258d56e297f22736a957d0f | ETH | 0.638034525 | $1,696.01 |
| 10/31/2024 | Crypto.com | 0x0de4aed05ec1bda2c258d56e297f22736a957d0f | ETH | 1.10532 | $2,938.14 |
| 10/31/2024 | Newton | 0x0de4aed05ec1bda2c258d56e297f22736a957d0f | ETH | 0.557275229 | $1,481.34 |
| 10/31/2024 | Crypto.com | 0x0de4aed05ec1bda2c258d56e297f22736a957d0f | ETH | 0.55339 | $1,471.01 |
| 10/31/2024 | Newton | 0x0de4aed05ec1bda2c258d56e297f22736a957d0f | ETH | 0.43392179 | $1,153.44 |
| 10/31/2024 | Uphold | 0xa9927f8a41e3d9fcb38d289a7ab160009e859e59 | ETH | 0.414116865 | $1,100.80 |
| 10/31/2024 | Crypto.com | 0x964701bbbda7ae9dcbd813ff739f5c59ff06d9d6 | ETH | 3.84078 | $10,209.50 |
| 11/1/2024 | Crypto.com | 0x0de4aed05ec1bda2c258d56e297f22736a957d0f | USDC | 1646.45 | $1,657.35 |
| 11/1/2024 | Crypto.com | 0x0de4aed05ec1bda2c258d56e297f22736a957d0f | USDC | 6007.43 | $6,047.21 |
| 11/1/2024 | Crypto.com | 0x0de4aed05ec1bda2c258d56e297f22736a957d0f | USDC | 7019.7 | $7,066.19 |
| 11/1/2024 | Newton | 0x0de4aed05ec1bda2c258d56e297f22736a957d0f | USDC | 7103.195075 | $7,150.23 |
| 11/1/2024 | Coinbase | 0x0de4aed05ec1bda2c258d56e297f22736a957d0f | USDC | 1905 | $1,917.62 |
| 10/31/2024 | Crypto.com | 0x0de4aed05ec1bda2c258d56e297f22736a957d0f | USDC | 1664.64 | $1,654.24 |
| 10/31/2024 | Crypto.com | 0x0de4aed05ec1bda2c258d56e297f22736a957d0f | USDC | 2840 | $2,822.26 |
| 10/31/2024 | Crypto.com | 0x0de4aed05ec1bda2c258d56e297f22736a957d0f | USDC | 2093.11 | $2,080.03 |
| 10/31/2024 | Coinbase | 0x0de4aed05ec1bda2c258d56e297f22736a957d0f | USDC | 1090 | $1,083.19 |
| 10/31/2024 | Crypto.com | 0x0de4aed05ec1bda2c258d56e297f22736a957d0f | USDC | 5044.12 | $5,012.60 |
| 10/31/2024 | Crypto.com | 0x0de4aed05ec1bda2c258d56e297f22736a957d0f | USDC | 8990 | $8,933.83 |
| 10/31/2024 | Coinbase | 0x8b7726610914b569db0ad157baf1d8928592ea8c | USDC | 1462.566778 | $1,453.43 |
| 10/31/2024 | Crypto.com | 0x8b7726610914b569db0ad157baf1d8928592ea8c | USDC | 1089.37 | $1,082.56 |
| 10/31/2024 | Crypto.com | 0x8b7726610914b569db0ad157baf1d8928592ea8c | USDC | 6961.15 | $6,917.66 |
| 10/31/2024 | Crypto.com | 0x8b7726610914b569db0ad157baf1d8928592ea8c | USDC | 12873.06 | $12,792.63 |
| 10/31/2024 | Newton | 0x8b7726610914b569db0ad157baf1d8928592ea8c | USDC | 2845.574493 | $2,827.80 |
| 10/31/2024 | Newton | 0x8b7726610914b569db0ad157baf1d8928592ea8c | USDC | 2237.72968 | $2,223.75 |
| 10/31/2024 | Coinbase | 0x8b7726610914b569db0ad157baf1d8928592ea8c | USDC | 4158.95145 | $4,132.97 |

| 10/31/2024 | Coinbase | 0x8b7726610914b569db0ad157baf1d8928592ea8c | USDC | 1982.789848 | $1,970.40 |
|---|---|---|---|---|---|
| 10/31/2024 | Kraken | 0x8b7726610914b569db0ad157baf1d8928592ea8c | USDC | 1183 | $1,175.61 |
| 10/31/2024 | Crypto.com | 0x8b7726610914b569db0ad157baf1d8928592ea8c | USDC | 1820.95 | $1,809.57 |
| 10/31/2024 | Crypto.com | 0x8b7726610914b569db0ad157baf1d8928592ea8c | USDC | 7019.85 | $6,975.99 |
| 10/31/2024 | Coinbase | 0x8b7726610914b569db0ad157baf1d8928592ea8c | USDC | 2495.853826 | $2,480.26 |
| 10/31/2024 | Crypto.com | 0x8b7726610914b569db0ad157baf1d8928592ea8c | USDC | 2033.26 | $2,020.56 |
| 10/31/2024 | Newton | 0x8b7726610914b569db0ad157baf1d8928592ea8c | USDC | 1159.211589 | $1,151.97 |
| 10/31/2024 | Newton | 0x8b7726610914b569db0ad157baf1d8928592ea8c | USDC | 1422.209677 | $1,413.32 |
| 10/31/2024 | NDAX | 0x8b7726610914b569db0ad157baf1d8928592ea8c | USDC | 2135.69 | $2,122.35 |
| 10/31/2024 | NDAX | 0x8b7726610914b569db0ad157baf1d8928592ea8c | USDC | 2992.97 | $2,974.27 |
| 10/27/2024 | Newton | 0xe9bbbe734e82cebca0722586a5755f6077e5df4c | USDC | 1171.791492 | $1,166.56 |
| 10/27/2024 | Newton | 0xe9bbbe734e82cebca0722586a5755f6077e5df4c | USDC | 1246.424884 | $1,240.86 |
| 10/26/2024 | Newton | 0xe9bbbe734e82cebca0722586a5755f6077e5df4c | USDC | 1068.423669 | $1,064.17 |
| 10/27/2024 | Crypto.com | 0x0a2f1881e7745b67143cd3d090c87edc01efd799 | USDC | 1703.01 | $1,695.41 |
| 10/28/2024 | Newton | 0x0a2f1881e7745b67143cd3d090c87edc01efd799 | USDC | 1100 | $1,097.02 |
| 10/28/2024 | Newton | 0x0a2f1881e7745b67143cd3d090c87edc01efd799 | USDC | 669.044437 | $667.23 |
| 10/28/2024 | Newton | 0x0a2f1881e7745b67143cd3d090c87edc01efd799 | USDC | 455.470998 | $454.24 |
| 10/28/2024 | Newton | 0x137f2ce5e346b69c964b30d3ae0e1eb2e1b31e43 | USDC | 572.08074 | $570.53 |
| 10/28/2024 | Newton | 0x137f2ce5e346b69c964b30d3ae0e1eb2e1b31e43 | USDC | 289.77 | $288.99 |
| 10/27/2024 | Newton | 0x137f2ce5e346b69c964b30d3ae0e1eb2e1b31e43 | USDC | 349.409629 | $347.85 |
| 10/27/2024 | Newton | 0x137f2ce5e346b69c964b30d3ae0e1eb2e1b31e43 | USDC | 1131.405085 | $1,126.35 |
| 10/27/2024 | Newton | 0x137f2ce5e346b69c964b30d3ae0e1eb2e1b31e43 | USDC | 1004.273405 | $999.79 |
| 10/28/2024 | Newton | 0x91269cc1c97d99d7ef10f8cdac7f38ed4e527a6f | USDC | 568.960982 | $567.42 |
| 10/28/2024 | Newton | 0x91269cc1c97d99d7ef10f8cdac7f38ed4e527a6f | USDC | 789.550564 | $787.41 |
| 10/28/2024 | Newton | 0x91269cc1c97d99d7ef10f8cdac7f38ed4e527a6f | USDC | 1450 | $1,446.08 |
| 10/27/2024 | Crypto.com | 0x91269cc1c97d99d7ef10f8cdac7f38ed4e527a6f | USDC | 999.99 | $995.53 |
| 10/27/2024 | Newton | 0x91269cc1c97d99d7ef10f8cdac7f38ed4e527a6f | USDC | 348.0916 | $346.54 |
| 10/27/2024 | Newton | 0x91269cc1c97d99d7ef10f8cdac7f38ed4e527a6f | USDC | 712.237563 | $709.06 |
| 10/27/2024 | Kraken | 0x91269cc1c97d99d7ef10f8cdac7f38ed4e527a6f | USDC | 570.7579 | $568.21 |
| 10/27/2024 | Newton | 0x91269cc1c97d99d7ef10f8cdac7f38ed4e527a6f | USDC | 1282.697752 | $1,276.97 |
| 10/27/2024 | Newton | 0x91269cc1c97d99d7ef10f8cdac7f38ed4e527a6f | USDC | 3561.40727 | $3,545.51 |
| 10/27/2024 | Newton | 0x91269cc1c97d99d7ef10f8cdac7f38ed4e527a6f | USDC | 6869.1 | $6,838.43 |
| 10/27/2024 | Newton | 0x91269cc1c97d99d7ef10f8cdac7f38ed4e527a6f | USDC | 2136.630699 | $2,127.09 |
| 10/27/2024 | Crypto.com | 0x91269cc1c97d99d7ef10f8cdac7f38ed4e527a6f | USDC | 1785.68 | $1,777.71 |
| 10/26/2024 | Crypto.com | 0x91269cc1c97d99d7ef10f8cdac7f38ed4e527a6f | USDC | 4916.73 | $4,897.15 |
| 10/27/2024 | Crypto.com | 0x91269cc1c97d99d7ef10f8cdac7f38ed4e527a6f | USDT | 2490 | $2,493.74 |
| 10/28/2024 | Crypto.com | 0x76cc78089bfebb924c57a92ebbb7d54fa5085ff0 | ETH | 0.69168 | $1,730.62 |
| 10/28/2024 | Coinbase | 0x76cc78089bfebb924c57a92ebbb7d54fa5085ff0 | ETH | 0.96390278 | $2,411.73 |
| 10/28/2024 | Crypto.com | 0x76cc78089bfebb924c57a92ebbb7d54fa5085ff0 | ETH | 0.81761 | $2,045.70 |
| 10/28/2024 | Crypto.com | 0x76cc78089bfebb924c57a92ebbb7d54fa5085ff0 | ETH | 0.50493 | $1,263.36 |
| 10/28/2024 | Crypto.com | 0x76cc78089bfebb924c57a92ebbb7d54fa5085ff0 | ETH | 1.20693 | $3,019.80 |
| 10/28/2024 | Crypto.com | 0x76cc78089bfebb924c57a92ebbb7d54fa5085ff0 | ETH | 0.430687981 | $1,077.60 |
| 10/28/2024 | Crypto.com | 0x76cc78089bfebb924c57a92ebbb7d54fa5085ff0 | ETH | 1.78266 | $4,460.30 |
| 10/28/2024 | Crypto.com | 0x76cc78089bfebb924c57a92ebbb7d54fa5085ff0 | ETH | 0.54603 | $1,366.19 |

27

| 10/28/2024 | Crypto.com | 0x964701bbbda7ae9dcbd813ff739f5c59ff06d9d6 | ETH | 1.35421 | $3,388.30 |
|---|---|---|---|---|---|
| 10/28/2024 | Coinbase | 0x8d5a36b744535ac62217c90fefec13ad57fd4bc2 | ETH | 1.35619538 | $3,393.27 |
| 10/31/2024 | VirgoCx | 0x0de4aed05ec1bda2c258d56e297f22736a957d0f | USDC | 1,666.71 | $1,656.00 |
| 10/28/2024 | RampNetwork | 0xffe70ea529df847a0be3fe760f3ceea669711235 | ETH | 0.87467 | $2,188 |

**Subject Virtual Currency Address 2**

64. Funds frozen in **Subject Virtual Currency Address 2**, 0xe3D1143FcCc957186B013FeC87C492C31fB15e14 ("0xe3D1"), total about 5,680,262.52 USDT.

65. Investigators back-traced approximately $490,361 of the funds frozen in **Subject Virtual Currency Address 2** to at least 50 transactions, totaling approximately $1,101,587, flowing at least partially to **Subject Virtual Currency Address 2**, from exchanges, believed to be initiated by victims of cryptocurrency confidence scams, into at least 28 initial deposit addresses. Exhibit 11. These funds are then transferred to multiple intermediary addresses before being deposited into **Subject Virtual Currency Address 2**. Movement of these funds and eventual deposit into **Subject Virtual Currency Address 2** is portrayed below in Exhibit 8, with the funds moving left to right, from exchanges believed to be utilized by victims, through intermediaries, and into **Subject Virtual Currency Address 2.**

28

**Exhibit 8 - Confirmed and Suspected Victim Transactions Traced to Subject Virtual**

**Currency Address 2**



66.    Investigators served grand jury subpoenas to the exchanges believed to be utilized by the victims to collect information on the initiators of transactions with funds that flowed down to **Subject Virtual Currency Address 2.** Three of these victims, whose funds are at least partially frozen in **Subject Virtual Currency Address 2,** were interviewed by the investigators in April 2026 and provided the following information:

a.  **Victim EK:** EK was interviewed by investigators on April 10th, 2026, and reported that she suffered financial losses exceeding $100,000 as a result of multiple online scams. She stated that she transmitted funds through various financial platforms, including Coinbase, Cash App, and via Bitcoin. EK further reported that she transferred approximately $6,998.81 in ETH as part of these fraudulent schemes at the direction of unknown individuals. EK stated that she was promised high rates of return but never received the promised investments or profits. Instead, she was instructed to pay multiple processing fees. EK stated that despite making these payments, including transfers in ETH, she did not receive any returns. EK further reported involvement in a scheme described to her as "work tasks," in which she was instructed to purchase items with the promise of reimbursement and profit. She stated that initial transactions resulted in small payments, which led her to believe the activity was legitimate. However, as the required payment amounts increased, the payments stopped. EK stated that her initial contact with the scammers took place via TikTok. Upon EK becoming suspicious of the scam, the scammer with whom she was communicating stated that he was in Cambodia and was forced to scam her by individuals who confiscated his phone and passport. Exhibit 9. Organized crime groups operate large-scale scam

compounds in Southeast Asia; in these compounds, it is typical for victims of human trafficking to be forced to conduct these scams utilizing messaging applications, dating websites, and social media platforms.[9] Based on the below messages, statements from victims, and cryptocurrency analysis, the cryptocurrency scheme in this case is believed to be perpetuated, in whole or in part, by scam compounds in Southeast Asia.

**Exhibit 9 – Communications with a Subject Provided by Victim EK**

```
[8/6/24, 2:13:49 PM]      : Rita?
[8/6/24, 8:34:26 PM] ~Rita: Dear, please listen carefully to what I am going
to say next. My company is a fraud gang and I was forced to do this. But I
sympathize with your situation and I can't bear to deceive you. I want to
help you.
[8/6/24, 8:34:58 PM]      : OMG hey
[8/6/24, 8:35:15 PM] ~Rita: First of all, you have to show that you still
have a lot of money and you want to continue cooperating to make money.
[8/6/24, 8:35:19 PM] ~Rita: Sorry
[8/6/24, 8:35:27 PM]      : Ok
[8/6/24, 8:35:39 PM] ~Rita: I was forced, I didn't mean to deceive you.
[8/6/24, 8:35:44 PM]      : I knew you were my real friend
[8/6/24, 8:35:48 PM]      : 😊
[8/6/24, 8:36:14 PM] ~Rita: Listen to me carefully.
[8/6/24, 8:36:18 PM]      : Ok
[8/6/24, 8:39:18 PM] ~Rita: I am in danger now, I am contacting you
secretly, so you have to remember what I said
[8/6/24, 8:39:36 PM]      : Ok
[8/6/24, 8:39:55 PM]      : Do you want to text me privately
[8/6/24, 8:40:03 PM]      : Phone?
[8/6/24, 8:40:20 PM] ~Rita: I can't do that, they confiscated my phone.
[8/6/24, 8:40:25 PM]      : Ok
[8/6/24, 8:40:36 PM] ~Rita: I am in Cambodia
[8/6/24, 8:40:44 PM]      : Oh
[8/6/24, 8:41:09 PM]      : OMG what a nightmare
[8/6/24, 8:41:33 PM] ~Rita: Yes
[8/6/24, 8:41:43 PM] ~Rita: I was tricked into going to Cambodia.
[8/6/24, 8:41:50 PM] ~Rita: I can't go back now.
[8/6/24, 8:41:55 PM]      : OMG
[8/6/24, 8:42:09 PM] ~Rita: They confiscated my cell phone and my passport.
```

b. **Victim AL:** Victim AL was interviewed by investigators on April 10th, 2026, and reported that he was first contacted by text message regarding a product testing opportunity for Costco. After responding to the text, AL was directed to

---

[9] https://www.propublica.org/article/human-traffickers-force-victims-into-cyberscamming

continue communicating through WhatsApp. During these communications, AL was instructed to purchase products and send payments in ETH with promise that he would be reimbursed and earn profits. AL initially made some payments, but the scammers continued increasing the required purchase amounts. When AL complained that the amounts were too high, the suspects instructed him to obtain a loan to continue making payments. AL ultimately realized he had been defrauded and suffered a total financial loss of approximately $25,310.97 in ETH.

c. **Victim SO:** Victim SO was interviewed by investigators on April 10th, 2026, and stated he was introduced by friends to an online platform known as "Smart Labs," which was described as a service where users could purchase subscriptions and use funds to place bets on gaming websites for profit no matter if the bets won or lost. SO reported that he initially received payouts on smaller transactions; however, as the transaction amounts increased, the payouts stopped. The individuals involved then directed him to continue investing and introduced a digital cryptocurrency token referred to as "RNB." Oveson communicated with the suspects primarily through Telegram. SO claims he lost about $800,000 in total to Smart Labs. After making multiple payments and no longer receiving returns, SO realized he had been defrauded and lost approximately $403,582.01 in USDT.

67. As stated, funds of victims EK, AL, and SO were traced forward to **Subject Virtual Currency Address 2** and are at least partially contained in the **Defendant Property**. Specifically, approximately $6,999 from EK, approximately $25,311 from AL, and approximately $30,780 from SO is contained in the **Defendant Property**.[10]

---

[10] *See* Exhibit 10.

**Exhibit 10 – Funds of Victim EK, AL, and SO Traced to
Subject Virtual Currency Address 2**



68.    Further, about $796,979 of the funds frozen in **Subject Virtual Currency Address 2** originate from three transfers from address 0x66e552b1772418f7f5995e4ab67dfa64d0c4f247 ("0x66e5"). Most of these funds are deposited from non-US based exchanges Binance.com and BTSE. For example, a portion of the $796,979 funding **Subject Virtual Currency Address 2** through this address are deposits from Binance.com of $2,187,541 on January 31, 2024, and $1,885,022 on April 5, 2024.

69.    Because transfers into initial deposit addresses from victims are usually smaller and take place over multiple transfers, which is also consistent with what investigators observed in this case based on victim interviews and transaction information, these transactions are believed to have been initiated by the money launderers in an effort to use Binance.com as an additional layer to obfuscate the source of the funds. Because tracing through exchanges takes a considerably longer amount of time and tracing each transaction would be difficult even for a team of investigators, these transactions from Binance.com were not further back-traced and did not lead to the identification of victims the funds were sourced from. However, because money launderers do not usually commingle legitimate funds with illegitimate funds, and at least 50 transactions,

33

totaling approximately $1,101,587, wholly or partially funded **Subject Virtual Currency Address 2**, transfers into 0x66e5, which then were transferred to and frozen in **Subject Virtual Currency Address 2** are believed to be funds originating from unknown victims.

70.     In total, approximately $490,361 of the $5,678,361 frozen in **Subject Virtual Currency Address 2** in USDT was back-traced to exchanges believed to be utilized by victims to make transfers as part of cryptocurrency confidence scams. Due to the common use of intermediaries like 0xad9e between **Subject Virtual Currency Address 1** and **Subject Virtual Currency Address 2**, and the rapid, funnel-like, flow of funds indicative of an effort to obfuscate the source of the funds being laundered through the subject addresses, and the unlikelihood of subject addresses commingling illicit funds with legitimate funds, the rest of the **Defendant Property** contained in **Subject Virtual Currency Address 2** is believed to belong to unidentified victims or is used in the laundering of the proceeds.

71.     As mentioned, while not all the transactions that fund **Subject Virtual Currency Address 2** could be back-traced due to the amount of time it would take even a team of investigators to trace every single transaction, a portion of the funds frozen in **Subject Virtual Currency Address 2** was back-traced to 50 transactions, totaling approximately $1,101,587, with 28 initial deposit addresses. These initial deposit addresses were queried on IC3. Of the 28 addresses queried, 5 addresses were reported to IC3 as being part of pig butchering scams by 10 victims, reporting a total loss of approximately $195,343. The loss reported by the 10 individuals is summarized below:

| Victim | Reported Loss | Location | Date of Report |
|---|---|---|---|
| MA | $14,342.72 | Texas | 6/19/2024 |
| IT | $81,344.26 | California | 7/10/2025 |
| KD | $1,785.00 | California | 5/24/2024 |

| JC | $5,944.43 | California | 5/30/2024 |
| FA | $1,550.00 | Yemen | 10/2/2024 |
| JA | $14,000.00 | Puerto Rico | 9/23/2024 |
| VA | $1,265.00 | Utah | 9/13/2024 |
| JK | $65,678.00 | Colorado | 6/4/2025 |
| KB | $4,091.72 | Florida | 12/21/2024 |
| AR | $5,342.09 | New Jersey | 12/30/2024 |

72.     Based on the training and experience of the investigators with working pig butchering scams, and other crimes involving virtual currency, addresses used to receive criminal proceeds are likely to be utilized solely for the purpose of receiving such funds or meant to be involved in the laundering of such funds to help further obfuscate the source and destination of funds. Therefore, while not all reports were filed by victims whose funds could be traced to **Subject Virtual Currency Address 2**, all funds that flow down from these initial deposit addresses are believed to belong to known and unknown victims.

73.     Further, actors involved in the laundering of proceeds from scams such as pig butchering schemes do not typically commingle clean funds with stolen funds outside of the purpose of further laundering the proceeds of pig butchering. Therefore, based on the training and experience of the investigators and observations of movement of funds from identified victims into **Subject Virtual Currency Address 2**, all funds being deposited into **Subject Virtual Currency Address 2** are likely proceeds of pig butchering, or similar scams, and are moved without any apparent legitimate economic purpose. This is believed to be done to conceal, disguise, and launder the funds. In addition, because the transactions are designed to conceal victim funds and frustrate law enforcement tracing efforts, all funds involved in these transactions are involved in money laundering, and thus subject to seizure.

**Exhibit 11 – Transactions from Exchanges Funding Subject Virtual Currency Address 2**

| Date | From | To | Asset | Asset Value | USD Value |
|------|------|-----|-------|-------------|-----------|
| 6/3/2024 | Robinhood | 0xb925c8fbe9715abd4b0c9b4b95cc6f274581efab | USDC | 1000 | $996.69 |
| 5/26/2024 | Zero Hash | 0xf0f6a70189762648ccdce3deba4fee7986dc5c93 | ETH | 0.38847211 | $1,455.34 |
| 5/30/2024 | CoinFlip | 0xb925c8fbe9715abd4b0c9b4b95cc6f274581efab | ETH | 0.68320928 | $2,572.89 |
| 5/27/2024 | Zero Hash | 0xfc73feb9462f0382f840589c7512e11c94c7326f | ETH | 0.37189901 | $1,432.40 |
| 5/30/2024 | Paxos | 0x1ea76f48da8c801dc6453aaf3c9bc791184f7eb5 | ETH | 0.36559614 | $1,376.79 |
| 5/26/2024 | Zero Hash | 0xf0f6a70189762648ccdce3deba4fee7986dc5c93 | ETH | 0.39552864 | $1,481.77 |
| 5/25/2024 | Coinbase | 0xc26b8847538becd6c3156fec1ced0c49461171aa | ETH | 0.27383029 | $1,019.87 |
| 5/27/2024 | Paxos | 0xc26b8847538becd6c3156fec1ced0c49461171aa | ETH | 0.37260089 | $1,435.10 |
| 5/30/2024 | CoinFlip | 0x1ea76f48da8c801dc6453aaf3c9bc791184f7eb5 | ETH | 0.33852209 | $1,274.83 |
| 8/2/2024 | Coinbase | 0x70567fcfc37083ffdc16b1209bf0885482942b1a | USDT | 1775.130753 | $1,761.15 |
| 1/10/2024 | Crypto.com | 0x7da5d834352d836856cbb42f4b8ac41fc928d870 | USDT | 99990 | $99,617.05 |
| 8/8/2024 | Banxa | 0x08692365978bfca1b614cab6f01b1c535b1b25b3 | USDT | 3273 | $3,250.98 |
| 5/29/2024 | Coinbase | 0x835d025558f9b24db3e219115d73696c83b4e0e6 | ETH | 1.81114668 | $6,998.81 |
| 5/30/2024 | Coinbase | 0x8d1e18e9c492783ecc2bd7f457dddb08050a698f | ETH | 7.73488676 | $29,128.68 |
| 3/7/2024 | Crypto.com | 0x049853f4408c5bf0f326617db6f643173af3171c | USDT | 74829 | $74,638.89 |
| 5/22/2024 | Crypto.com | 0x15d89cf66b6a8586fc92c1d17170c8094f2af7ef | USDT | 49984 | $50,297.72 |
| 8/1/2024 | Coinbase | 0x70567fcfc37083ffdc16b1209bf0885482942b1a | USDT | 8557.916072 | $8,605.34 |
| 4/2/2024 | Kraken | 0xf7ed71b0d4692c93abeb349c3db42c50b6710106 | USDT | 28718.3903 | $28,857.75 |
| 5/30/2024 | Coinbase | 0x2a28f5344661837e840e35872e78c57570bb5ff9 | ETH | 0.63267003 | $2,382.56 |
| 8/8/2024 | Mercuryo | 0x08692365978bfca1b614cab6f01b1c535b1b25b3 | USDT | 3324.837313 | $3,302.47 |
| 4/12/2024 | Crypto.com | 0xf7ed71b0d4692c93abeb349c3db42c50b6710106 | ETH | 2.905 | $10,226.06 |
| 4/5/2024 | Crypto.com | 0xf9a7a2956619146402badbad89f0566f8447bfea | USDT | 37001.73 | $36,822.07 |
| 5/30/2024 | Coinbase | 0x868f4406f07f321704c14b50f96a585ce73899db | USDT | 402500 | $403,582.01 |
| 8/6/2024 | Coinbase | 0xf50ad2e72bcd9f5cbbd4b160c46837ed56b9c6f8 | USDT | 7998.520274 | $8,033.70 |
| 2/7/2024 | Kraken | 0xf9a7a2956619146402badbad89f0566f8447bfea | ETH | 4.19504706 | $9,991.85 |
| 8/6/2024 | Coinbase | 0xf50ad2e72bcd9f5cbbd4b160c46837ed56b9c6f8 | USDT | 1456.429061 | $1,462.84 |
| 8/1/2024 | Coinbase | 0x70567fcfc37083ffdc16b1209bf0885482942b1a | USDT | 1448.623782 | $1,456.65 |
| 8/1/2024 | Coinbase | 0x70567fcfc37083ffdc16b1209bf0885482942b1a | USDT | 5678.808781 | $5,710.28 |
| 8/9/2024 | Coinbase | 0xf50ad2e72bcd9f5cbbd4b160c46837ed56b9c6f8 | USDT | 7109.802413 | $7,085.55 |
| 9/15/2024 | CoinFlip | 0x8d760c6e318fbc5b6f3dc6513cb5cab6e3ed3d74 | ETH | 0.29675616 | $718.99 |
| 9/16/2024 | CoinFlip | 0x8d760c6e318fbc5b6f3dc6513cb5cab6e3ed3d74 | ETH | 0.91515957 | $2,104.98 |
| 9/16/2024 | CoinFlip | 0x8d760c6e318fbc5b6f3dc6513cb5cab6e3ed3d74 | ETH | 0.90530176 | $2,082.30 |
| 9/17/2024 | CoinFlip | 0x8d760c6e318fbc5b6f3dc6513cb5cab6e3ed3d74 | ETH | 1.05373049 | $2,412.32 |
| 9/17/2024 | Coinbase | 0x505ba9ad06b4f08aad1b519d4f64e106b41278dd | ETH | 3.52339096 | $8,066.15 |
| 9/17/2024 | Coinbase | 0x67425317645cc8b57386d494c5163fe963c20157 | ETH | 11.05613272 | $25,310.97 |
| 9/17/2024 | CoinFlip | 0x67425317645cc8b57386d494c5163fe963c20157 | ETH | 0.34594544 | $791.98 |
| 9/17/2024 | CoinFlip | 0x67425317645cc8b57386d494c5163fe963c20157 | ETH | 0.34707511 | $794.56 |
| 9/17/2024 | CoinFlip | 0x67425317645cc8b57386d494c5163fe963c20157 | ETH | 0.34241684 | $783.90 |
| 9/17/2024 | Coinbase | 0x8cd40b92e02c0687c3f1a3d2aa14d7c8f3de856c | ETH | 1.0035747 | $2,297.50 |
| 9/17/2024 | Coinbase | 0x32844c6a96b68aee537f398bd29644cb15124136 | ETH | 4.58672172 | $10,500.45 |
| 9/17/2024 | Robinhood | 0x12fb742ab22ac69d5f09c000b811d6dd5203461e | ETH | 2.138646583 | $4,896.04 |
| 9/16/2024 | Coinbase | 0x67425317645cc8b57386d494c5163fe963c20157 | ETH | 5.35329527 | $12,313.22 |
| 9/16/2024 | Coinbase | 0x67425317645cc8b57386d494c5163fe963c20157 | ETH | 1.48869292 | $3,424.17 |
| 9/30/2024 | Crypto.com | 0x2d8625c498f56379ae089de21d367529d9e77d39 | ETH | 3.73619 | $9,828.41 |
| 9/27/2024 | Kraken | 0xff4ac1458c89e8b8fd22ac6c32c86d99527eddde | ETH | 3.24430639 | $8,540.34 |
| 9/30/2024 | Coinbase | 0xef0bfa3ebf216a525698dab15c926f1e16046dd1 | USDT | 3886.458987 | $3,863.90 |
| 9/12/2024 | Coincheck | 0x5c319f2b8b01cd89c1e2b96de0a00142238451d4 | ETH | 10.252 | $24,257.82 |
| 9/13/2024 | Coincheck | 0x5c319f2b8b01cd89c1e2b96de0a00142238451d4 | ETH | 11.619 | $27,421.22 |
| 9/14/2024 | Coincheck | 0x5c319f2b8b01cd89c1e2b96de0a00142238451d4 | ETH | 4.2158 | $10,252.12 |

| 9/11/2024 | Coincheck | 0x56353f929a7f901e3238d55631da87a94f0a0ef6 | ETH | 14.555 | $34,667.95 |

**Subject Virtual Currency Address 3**

74.     Funds     frozen     in     **Subject     Virtual     Currency     Address     3**, 0x89cf540a89ae0fbdedd4780cd38b3496b65f1da5, total about 4,242,287.28 USDT.

75.     Investigators back-traced approximately $447,646 of the funds frozen in **Subject Virtual Currency Address 3** to at least 117 transactions, totaling approximately $522,988, flowing at least partially to **Subject Virtual Currency Address 3**, from exchanges, believed to be initiated by victims of cryptocurrency confidence scams into at least 43 initial deposit addresses. Exhibit 16. These funds are then transferred through multiple intermediary addresses and are ultimately deposited into **Subject Virtual Currency Address 3**.

76.     Because this movement of funds involves hundreds of addresses and transactions, a sample of the movement, from initial deposits from exchange addresses believed to be utilized by victims into **Subject Virtual Currency Address 3**, is portrayed below in Exhibit 12.

**Exhibit 12 – Confirmed and Suspected Victim Transactions Traced to Subject Virtual Currency Address 3**



77.     The 43 initial deposit addresses were queried on IC3. Out of the 43 addresses, 8 addresses were reported to IC3 as being parts of pig butchering scams by 10 victims, reporting a total loss of approximately $2,381,402. The loss reported by the 10 individuals is summarized below:

| Victim | Reported Loss | Location | Date of Report |
|---|---|---|---|
| BB | $81,651.13 | North Carolina | 9/14/2024 |
| BS | $111,800.00 | Indiana | 2/13/2025 |
| CT | $16,810.65 | Panama | 2/27/2025 |
| SN | $371,941.97 | New York | 4/19/2025 |
| GK | $239,433.57 | Texas | 6/12/2025 |
| TW | $35,000.00 | Canada | 11/8/2024 |
| SA | $700,000.00 | California | 11/16/2024 |
| CP | $629,354.00 | Texas | 11/14/2024 |
| SF | $120,808.39 | California | 11/4/2024 |
| LP | $74,602.63 | Canada | 1/20/2025 |

78.     **Victim BB** was interviewed by investigators in or around April 2025. He reported the following information:

a.  **Victim BB:** BB received a text message asking for "Caitlyn" in July 2024. BB responded that the unknown individual had the incorrect phone number, but the conversation continued as the texter, identifying herself as "Judy Chen," expressed interest in continued communication and requested BB open a Telegram account. Chen claimed her aunt and a team of investors helped make her trades in the gold market through Bdswg[.]com. BB began "investing" at Chen's direction, transferring USDC through Coinbase. After a month or so of "investing," he was told the platform he was using froze his funds and that he had to pay a fee to make

any withdrawals. BB refused to pay the fee, at which point he ceased communication with Chen.

79.     As previously mentioned, based on the training and experience of the investigators with working pig butchering scams, and other crimes involving virtual currency, addresses used to receive criminal proceeds are likely to be utilized solely for the purpose of receiving such funds or meant to be involved in the laundering of such funds to help further obfuscate the source and destination of funds. Therefore, while not all reports were filed by victims whose funds could be traced to **Subject Virtual Currency Address 3**, all funds that flow from these initial deposit addresses are believed to belong to known and unknown victims.

80.     Further, for the 117 transactions believed to have at least partially funded the **Defendant Property** in **Subject Virtual Currency Address 3**, investigators served grand jury subpoenas to the exchanges believed to be utilized by the victims to collect information on the initiators of transactions with funds that flowed down to **Subject Virtual Currency Address 3.** Two of these victims, whose funds are at least partially frozen in **Subject Virtual Currency Address 3,** were interviewed by the investigators in April 2026 and provided the following information:

    a.  **Victim LG2:** Victim LG2 reported that he suffered a financial loss exceeding $42,000 because of an online scam involving cryptocurrency. The victim stated that he had won $2,408 from an "offshore gambling platform" called Bovada and was trying to withdraw his money using a system called "Match Pay." An individual on Match Pay sent him four transactions totaling $2,000, and demanded these payments be returned to him due to the funds being "stuck in limbo." The individual also told the victim if he did not comply his accounts would be frozen

and ultimately closed. This individual repeatedly instructed LG2 to pay other individuals in order to release funds "frozen" in Bovada. LG2 also provided the screenshots shown below in Exhibit 13 regarding the scheme.

**Exhibit 13 – Screenshots Provided by Victim LG2**



b. **Victim SF[11]:** Victim SF stated she was initially approached by an individual known to her as Mike Yang on a Chinese social media platform. The conversation then moved to WhatsApp where the individual introduced her to a trading platform called BitaGold. SF was told she could earn up to 60-70% on the platform with each transaction and therefore began investing at the direction of Yang. On the platform, she observed her purported investment balance increase as she deposited more funds. However, when SF attempted to withdrawal her funds, she was told she had to pay capital gains taxes. Then, she was told her account was deactivated and that she needed to deposit a large amount to reactivate it. Over the

---

[11] Victim SF also filed an IC3 report and is included in the 45 individuals who filed reports on initial deposit addresses associated with **SUBJECT ADDRESS 3**.

course of the scam, SF stated she deposited about $120,808 into BitaGold. SF also provided a screenshot of her communications with what she believed was BitaGold customer service and the BitaGold webpage.[12]

**Exhibit 14 – Screenshots Provided by Victim SF**



81.     As stated, funds of victims LG2 and SF were traced forward to **Subject Virtual Currency Address 3** and are at least partially contained in the **Defendant Property**. Specifically, approximately $1,381 from LG2 and approximately $7,897 from SF were traced to the **Defendant Property**.  Details of this trace are below in Exhibit 15.

---

[12] *See* Exhibit 14.

**Exhibit 15 – Funds of Victim LG2 and SF Traced to Subject Virtual Currency Address 3**



82.     Actors involved in the laundering of proceeds from scams such as pig butchering schemes do not typically commingle clean funds with stolen funds outside of the purpose of further laundering the proceeds of pig butchering. Therefore, based on the training and experience of the investigators and observations of movement of funds from identified victims into **Subject Virtual Currency Address 3**, all funds being deposited into **Subject Virtual Currency Address 3** are likely proceeds of pig butchering, or similar scams, and are moved without any apparent legitimate economic purpose. This is believed to be done to conceal, disguise, and launder the funds. In addition, because the transactions are designed to conceal victim funds and frustrate law enforcement tracing efforts, all funds involved in these transactions are involved in money laundering, and thus subject to seizure.

**Exhibit 16 – Transactions from Exchanges Funding Subject Virtual Currency Address 3**

| Date | From | To | Asset | Asset Value | USD Value |
|------|------|-----|-------|-------------|-----------|
| 10/15/2024 | Crypto.com | 0x3c03a7a07e8c174243c1955285d0124f86d858f3 | USDC | 89.74 | $89.29 |
| 10/16/2024 | Newton | 0xb661b60df7ea084c2425db1b9251d91b51042b32 | USDC | 100 | $100.31 |
| 10/16/2024 | Crypto.com | 0xb661b60df7ea084c2425db1b9251d91b51042b32 | USDC | 113 | $113.35 |
| 10/16/2024 | Crypto.com | 0xb661b60df7ea084c2425db1b9251d91b51042b32 | USDC | 118.55 | $118.92 |
| 10/15/2024 | Crypto.com | 0x27593d1dfe65e181b00a08496d7cee1c8037fe00 | USDC | 138.1 | $137.41 |
| 10/15/2024 | Crypto.com | 0x7a6f6d9b1e97d0fd441bb0ce516866116dd86fd8 | USDC | 139.17 | $138.48 |
| 10/15/2024 | Newton | 0x7a6f6d9b1e97d0fd441bb0ce516866116dd86fd8 | USDC | 140.7126 | $140.01 |
| 10/16/2024 | Kraken | 0xb661b60df7ea084c2425db1b9251d91b51042b32 | USDC | 139.8338 | $140.27 |
| 10/15/2024 | Crypto.com | 0x7a6f6d9b1e97d0fd441bb0ce516866116dd86fd8 | USDC | 141.41 | $140.71 |
| 10/15/2024 | Newton | 0x7a6f6d9b1e97d0fd441bb0ce516866116dd86fd8 | USDC | 150.1 | $149.35 |
| 10/15/2024 | Kraken | 0x7a6f6d9b1e97d0fd441bb0ce516866116dd86fd8 | USDC | 150.425 | $149.68 |
| 10/15/2024 | Newton | 0x7a6f6d9b1e97d0fd441bb0ce516866116dd86fd8 | USDC | 153.0594 | $152.30 |
| 10/15/2024 | Newton | 0x7a6f6d9b1e97d0fd441bb0ce516866116dd86fd8 | USDC | 163.2571 | $162.44 |
| 10/15/2024 | Newton | 0x7a6f6d9b1e97d0fd441bb0ce516866116dd86fd8 | USDC | 170.9621 | $170.11 |

43

| | | | | | |
|---|---|---|---|---|---|
| 10/16/2024 | Kraken | 0xb661b60df7ea084c2425db1b9251d91b51042b32 | USDC | 173.2768 | $173.82 |
| 10/15/2024 | Kraken | 0xa386013a53279df778b54dcc0df30c63075be67a | USDC | 174.7785 | $173.91 |
| 10/15/2024 | Newton | 0x7a6f6d9b1e97d0fd441bb0ce516866116dd86fd8 | USDC | 177.3706 | $176.49 |
| 10/29/2024 | Coinbase | 0xa34a718cfb578954295f4e10b7a5194e0c4be5f3 | USDT | 177.57 | $177.98 |
| 10/15/2024 | Newton | 0x7a6f6d9b1e97d0fd441bb0ce516866116dd86fd8 | USDC | 179.6974 | $178.80 |
| 10/15/2024 | Kraken | 0x7a6f6d9b1e97d0fd441bb0ce516866116dd86fd8 | USDC | 184.3575 | $183.44 |
| 10/15/2024 | Crypto.com | 0x27593d1dfe65e181b00a08496d7cee1c8037fe00 | USDC | 188.98 | $188.04 |
| 10/16/2024 | Kraken | 0xb661b60df7ea084c2425db1b9251d91b51042b32 | USDC | 189.1376 | $189.73 |
| 10/15/2024 | Kraken | 0x27593d1dfe65e181b00a08496d7cee1c8037fe00 | USDC | 190.953 | $190.00 |
| 10/15/2024 | Newton | 0x7a6f6d9b1e97d0fd441bb0ce516866116dd86fd8 | USDC | 194.019 | $193.05 |
| 10/16/2024 | Coinbase | 0xb661b60df7ea084c2425db1b9251d91b51042b32 | USDC | 213 | $213.67 |
| 10/16/2024 | Newton | 0xb661b60df7ea084c2425db1b9251d91b51042b32 | USDC | 215.4144 | $216.09 |
| 10/16/2024 | Kraken | 0xb661b60df7ea084c2425db1b9251d91b51042b32 | USDC | 220.1492 | $220.84 |
| 9/18/2024 | Coinbase | 0x154faa4ad9c583e0ea2f908ac787852a497e2f5a | USDT | 250.6721 | $248.82 |
| 10/16/2024 | Crypto.com | 0xb661b60df7ea084c2425db1b9251d91b51042b32 | USDC | 267.66 | $268.50 |
| 10/15/2024 | Crypto.com | 0x7a6f6d9b1e97d0fd441bb0ce516866116dd86fd8 | USDC | 313.37 | $311.81 |
| 10/16/2024 | Crypto.com | 0xb661b60df7ea084c2425db1b9251d91b51042b32 | USDC | 327.26 | $328.28 |
| 10/15/2024 | Kraken | 0xa386013a53279df778b54dcc0df30c63075be67a | USDC | 348.542 | $346.81 |
| 10/15/2024 | Crypto.com | 0x7a6f6d9b1e97d0fd441bb0ce516866116dd86fd8 | USDC | 351.77 | $350.02 |
| 10/15/2024 | Crypto.com | 0x7a6f6d9b1e97d0fd441bb0ce516866116dd86fd8 | USDC | 355.77 | $354.00 |
| 10/14/2024 | Newton | 0x27593d1dfe65e181b00a08496d7cee1c8037fe00 | USDC | 358.8813 | $360.83 |
| 10/16/2024 | Kraken | 0xb661b60df7ea084c2425db1b9251d91b51042b32 | USDC | 360.497 | $361.62 |
| 10/15/2024 | Newton | 0x7a6f6d9b1e97d0fd441bb0ce516866116dd86fd8 | USDC | 364.5279 | $362.71 |
| 10/15/2024 | Crypto.com | 0xb661b60df7ea084c2425db1b9251d91b51042b32 | USDC | 376.05 | $374.18 |
| 10/15/2024 | Newton | 0x7a6f6d9b1e97d0fd441bb0ce516866116dd86fd8 | USDC | 379.9289 | $378.04 |
| 10/16/2024 | Kraken | 0xb661b60df7ea084c2425db1b9251d91b51042b32 | USDC | 378.1981 | $379.38 |
| 10/15/2024 | Newton | 0x7a6f6d9b1e97d0fd441bb0ce516866116dd86fd8 | USDC | 413.4992 | $411.44 |
| 10/15/2024 | Crypto.com | 0x7a6f6d9b1e97d0fd441bb0ce516866116dd86fd8 | USDC | 416.8341 | $414.76 |
| 10/16/2024 | Crypto.com | 0xb661b60df7ea084c2425db1b9251d91b51042b32 | USDC | 414.11 | $415.40 |
| 10/15/2024 | Crypto.com | 0x7a6f6d9b1e97d0fd441bb0ce516866116dd86fd8 | USDC | 420 | $417.91 |
| 10/15/2024 | Coinbase | 0xb661b60df7ea084c2425db1b9251d91b51042b32 | USDC | 484.1153 | $481.70 |
| 10/29/2024 | Coinbase | 0xa88422fe8b389735041865292106682caed7952c | ETH | 0.191398 | $492.49 |
| 10/16/2024 | Crypto.com | 0x7a6f6d9b1e97d0fd441bb0ce516866116dd86fd8 | USDC | 540 | $541.69 |
| 10/31/2024 | Crypto.com | 0x9ae0e53bf45577aba80edda896f0da2b54897d0f | USDT | 580.43 | $584.31 |
| 10/15/2024 | Newton | 0x7a6f6d9b1e97d0fd441bb0ce516866116dd86fd8 | USDC | 718.6608 | $715.08 |
| 10/15/2024 | Kraken | 0xa386013a53279df778b54dcc0df30c63075be67a | USDC | 719.8663 | $716.28 |
| 10/22/2024 | Coinbase | 0xa88422fe8b389735041865292106682caed7952c | ETH | 0.273086 | $716.88 |
| 10/15/2024 | Newton | 0xa386013a53279df778b54dcc0df30c63075be67a | USDC | 747.4795 | $743.76 |
| 10/15/2024 | Crypto.com | 0x7a6f6d9b1e97d0fd441bb0ce516866116dd86fd8 | USDC | 761.86 | $758.06 |
| 10/15/2024 | Coinbase | 0x7a6f6d9b1e97d0fd441bb0ce516866116dd86fd8 | USDC | 785.5395 | $781.63 |
| 10/15/2024 | Newton | 0x7a6f6d9b1e97d0fd441bb0ce516866116dd86fd8 | USDC | 786.5852 | $782.67 |
| 10/16/2024 | Crypto.com | 0xb661b60df7ea084c2425db1b9251d91b51042b32 | USDC | 790 | $792.47 |
| 10/15/2024 | Coinbase | 0xb661b60df7ea084c2425db1b9251d91b51042b32 | USDC | 799.9039 | $795.92 |
| 10/15/2024 | Crypto.com | 0x7a6f6d9b1e97d0fd441bb0ce516866116dd86fd8 | USDC | 800 | $796.01 |
| 10/15/2024 | Crypto.com | 0x7a6f6d9b1e97d0fd441bb0ce516866116dd86fd8 | USDC | 803.93 | $799.92 |
| 10/16/2024 | Kraken | 0xb661b60df7ea084c2425db1b9251d91b51042b32 | USDC | 827.3581 | $829.94 |
| 10/16/2024 | Crypto.com | 0xb661b60df7ea084c2425db1b9251d91b51042b32 | USDC | 828 | $830.59 |
| 9/28/2024 | Coinbase | 0xd3006a317ad037ad1be892ddfde23fc78396ff63 | ETH | 0.363414 | $979.91 |
| 11/3/2024 | Crypto.com | 0xa7ae65b1f805108822cde80e9024f643aeebdfec | USDT | 985 | $988.45 |
| 10/15/2024 | Newton | 0x7a6f6d9b1e97d0fd441bb0ce516866116dd86fd8 | USDC | 1000 | $995.02 |
| 10/15/2024 | Coinbase | 0x4d61ddf740f37b86fd638312e7ffa381749a2e29 | USDT | 1187.635 | $1,191.24 |
| 11/3/2024 | Crypto.com | 0xd8726ef9de11d8882fbdf8d932b44920165ecc90 | USDT | 1090.002 | $1,093.82 |

| Date | Platform | Address | Token | Amount | Value |
|---|---|---|---|---|---|
| 10/15/2024 | Coinbase | 0xb661b60df7ea084c2425db1b9251d91b51042b32 | USDC | 1100 | $1,094.52 |
| 10/15/2024 | Newton | 0x78a09cf0cb40238b3aff71abda3d431ef6413688 | USDC | 1219.121 | $1,213.05 |
| 10/15/2024 | Crypto.com | 0x7a6f6d9b1e97d0fd441bb0ce516866116dd86fd8 | USDC | 1276.39 | $1,270.03 |
| 10/11/2024 | Coinbase | 0x2f75c8faeb21d7df350c1497319a8ff5704c767a | ETH | 0.5788968 | $1,381.00 |
| 10/15/2024 | Crypto.com | 0x27593d1dfe65e181b00a08496d7cee1c8037fe00 | USDC | 1404.44 | $1,397.44 |
| 10/14/2024 | Coinbase | 0x27593d1dfe65e181b00a08496d7cee1c8037fe00 | USDC | 1540.086 | $1,548.43 |
| 10/30/2024 | Revolut | 0x46f830de964e7f656fae4311d9368e10023c195f | USDT | 1567.404 | $1,560.67 |
| 10/15/2024 | Crypto.com | 0x7a6f6d9b1e97d0fd441bb0ce516866116dd86fd8 | USDC | 1963.5 | $1,953.72 |
| 10/15/2024 | Crypto.com | 0x7a6f6d9b1e97d0fd441bb0ce516866116dd86fd8 | USDC | 1965 | $1,955.21 |
| 10/27/2024 | Coinbase | 0x280cb6fcea723f119f03f0887a94d9e590a660a8 | ETH | 1.172224 | $2,903.86 |
| 10/15/2024 | Crypto.com | 0x7a6f6d9b1e97d0fd441bb0ce516866116dd86fd8 | USDC | 2000.34 | $1,990.37 |
| 10/16/2024 | Coinbase | 0x7a6f6d9b1e97d0fd441bb0ce516866116dd86fd8 | USDC | 1998.397 | $2,004.64 |
| 10/25/2024 | Revolut | 0x9cd0b3da7d82f790bdaf9a5b29232ec69e892496 | USDT | 2122.894 | $2,134.62 |
| 10/24/2024 | Revolut | 0x9cd0b3da7d82f790bdaf9a5b29232ec69e892496 | USDT | 2259.12 | $2,269.59 |
| 10/15/2024 | Newton | 0x27593d1dfe65e181b00a08496d7cee1c8037fe00 | USDC | 2868.828 | $2,854.54 |
| 10/15/2024 | Newton | 0xb661b60df7ea084c2425db1b9251d91b51042b32 | USDC | 2950.706 | $2,936.01 |
| 9/27/2024 | Coinbase | 0xa367a35e324bf679772640729cfba787422b751e | ETH | 1.130946 | $2,977.11 |
| 10/15/2024 | Coinbase | 0x7a6f6d9b1e97d0fd441bb0ce516866116dd86fd8 | USDC | 3013.395 | $2,998.38 |
| 10/15/2024 | Coinbase | 0xb661b60df7ea084c2425db1b9251d91b51042b32 | USDC | 3446.916 | $3,429.74 |
| 10/15/2024 | Newton | 0x7a6f6d9b1e97d0fd441bb0ce516866116dd86fd8 | USDC | 3459.66 | $3,442.42 |
| 11/1/2024 | Crypto.com | 0xf0dd14bbbfa49f52ebec56af288de9b16c369f02 | USDT | 3878.12 | $3,851.22 |
| 7/12/2024 | Coinbase | 0xbfa1276019879d13fee10d4fea2da16e8c187a36 | ETH | 1.23673 | $3,851.65 |
| 7/9/2024 | Kraken | 0x96dfc415dd12c6babe32b6e068cc9b0b6edda001 | ETH | 1.64 | $4,952.15 |
| 10/23/2024 | Crypto.com | 0xcab4da9e6156a633ffa7a992ddd18b18fd92e094 | ETH | 1.97286 | $5,161.26 |
| 10/31/2024 | MoonPay | 0xa1e5f143ccea5304a046f5bfae103252490dee44 | USDT | 5815.83 | $5,854.66 |
| 10/30/2024 | Crypto.com | 0x21c6991cd696c3b474247fd69f2b0d15f2ca1b4e | ETH | 2.26191 | $5,937.77 |
| 7/13/2024 | Kraken | 0x2df16a3cc9b95e92517d884d708719d1584df8b9 | ETH | 9.5 | $29,744.17 |
| 7/11/2024 | Kraken | 0xae6b6d7eb0da62805a32af5c2f174194a2725f11 | ETH | 1.972812 | $6,090.34 |
| 10/15/2024 | Newton | 0x7a6f6d9b1e97d0fd441bb0ce516866116dd86fd8 | USDC | 6290 | $6,258.66 |
| 10/30/2024 | Crypto.com | 0x396fcea4aad51af47519c60beff2a16c6dc9814d | ETH | 2.44198 | $6,410.47 |
| 10/15/2024 | Newton | 0x7a6f6d9b1e97d0fd441bb0ce516866116dd86fd8 | USDC | 6467.308 | $6,435.09 |
| 10/24/2024 | Crypto.com | 0x81a64439a85b535b139ea823e8fa20e0060b2ae0 | ETH | 2.68221 | $6,746.27 |
| 9/20/2024 | Coinbase | 0x7853503f066482b1cb38bc5ef5e2d8bbcad6a8d8 | USDT | 6816.723 | $6,787.44 |
| 10/31/2024 | Revolut | 0xac62a724d589eea8d261a0a36ff094450ba6807d | USDT | 7357 | $7,406.12 |
| 9/27/2024 | Coinbase | 0xf2f13dc425ef787dfd38330124b220d3a259ad7c | ETH | 3.091488 | $8,138.06 |
| 10/23/2024 | Crypto.com | 0x58e9e2b480a81eaad6bb06e8341a4a00150b9587 | ETH | 3.32371 | $8,695.26 |
| 10/22/2024 | Crypto.com | 0x629e15f5d1a9676435e57218b7de8e3dbcdb8848 | ETH | 9.22578 | $24,218.56 |
| 7/12/2024 | Crypto.com | 0xfb3c03b121658982ee452ee98786249fe2a891db | ETH | 3.095 | $9,639.01 |
| 11/4/2024 | Crypto.com | 0xef165a04701add5cb1852eddbee2cf418dc599d6 | ETH | 3.96802 | $9,667.28 |
| 7/12/2024 | Coinbase | 0xcbf16969a24be9f1b6a5940640764836a09adc80 | ETH | 3.116956 | $9,707.38 |
| 9/25/2024 | Coinbase | 0x0c03804f22684bb21272418ac2388d15ad46bcd7 | ETH | 4.192278 | $11,117.12 |
| 7/11/2024 | Coinbase | 0x43d61121a2215f4687a1196690c0f8e8738d9dfc | ETH | 15.38944 | $47,509.28 |
| 9/27/2024 | Coinbase | 0x0c03804f22684bb21272418ac2388d15ad46bcd7 | ETH | 5.63092 | $14,822.88 |
| 10/16/2024 | Crypto.com | 0xb661b60df7ea084c2425db1b9251d91b51042b32 | USDC | 17723.99 | $17,779.34 |
| 10/28/2024 | Crypto.com | 0x6b78641c7a20bc1c314fa4c1c4ee36d8bc614a21 | ETH | 7.7616 | $19,419.91 |
| 10/15/2024 | Newton | 0x27593d1dfe65e181b00a08496d7cee1c8037fe00 | USDC | 21520.74 | $21,413.52 |
| 10/16/2024 | Crypto.com | 0x7a6f6d9b1e97d0fd441bb0ce516866116dd86fd8 | USDC | 22159.7 | $22,228.90 |
| 10/31/2024 | Crypto.com | 0x0942e581705af817f690caf55dfaaae19ff350c6 | ETH | 9.18546 | $24,416.64 |
| 10/31/2024 | Kraken | 0x9dd5d00227abb7745679ebff85bfaf50c2294abb | ETH | 9.234285 | $24,546.43 |
| 7/10/2024 | Kraken | 0xf822260d200e4f4ca6f26b6544a50f6381788545 | ETH | 8.100949 | $24,643.25 |
| 11/7/2024 | Crypto.com | 0x629e15f5d1a9676435e57218b7de8e3dbcdb8848 | ETH | 17.88852 | $48,352.21 |

45

**Purported Claims on Funds Frozen in Subject Virtual Currency Addresses**

83.     On or around January 2025, Tether voluntarily froze the USDT in 19 addresses believed to be controlled by the same group of money launderers, including the three **Subject Virtual Currency Addresses**.

84.     As of May 2026, over a year after freezing the funds, the USSS has not received any inquiries regarding the **Subject Virtual Currency Addresses.**

85.     Further, to date, investigators have only received an inquiry about one of the 16 other addresses frozen alongside the **Subject Virtual Currency Addresses.** This address, 0x9104E76F7B07E74EE457B9c326243b68B97FF89d  ("0x9104"),  contained  approximately 700,000 USDT at the time of the freeze. On November 1, 2025, the USSS received an email from XG Game Mo Phong at trantheanhytb@gmail.com, stating his name is Tran The Anh and that he would provide documentation regarding 0x9104 once he has confirmation of authority and "secure instructions for submitting sensitive materials." The email also stated the sender's contact information was "below," but the email did not contain any contact information.

86.     On November 5, 2025, the investigators responded to the email stating: "Wallet 0x9104E76F7B07E74EE457B9c326243b68B97FF89d is part of a United States Secret Service investigation. If you wish to claim ownership of the wallet, please provide a summary and synopsis of your claim to the funds."

87.     As of May 2026, the investigators have not received a response.

**Defendant Property's Involvement in Money Laundering Offenses**

88.    The victims identified in this investigation, along with suspected and unidentified victims, were defrauded as part of wire fraud schemes, in violation of Title 18, United States Code, Sections 1343 and 1349 when unidentified subjects knowingly participated in a scheme to defraud them, in part by using materially false and/or fraudulent pretenses, representations, and promises that their cryptocurrency deposits were for legitimate cryptocurrency investments, and these pretenses, representations, and promises were conveyed to the victims through the use of wire communications in interstate or foreign commerce—i.e., messages over various U.S.-based message applications, wireless carriers, and social media providers.

89.    In addition to committing these wire fraud violations, subjects and/or their co-conspirators also committed money laundering offenses. First, based on the investigators' experience in investigating CIF scams over the past several years, and based on significant amounts of open source reporting, almost all CIF scam operations involving the solicitation and initial transfer of victim funds are believed to emanate from foreign-based individuals, predominantly in Southeast Asia.[13]  Therefore, the unidentified subjects are believed to have committed international concealment money laundering, in violation of Title 18, United States Code, Section 1956(a)(2)(B)(i) by transferring funds from a place in the U.S. (victims' cryptocurrency purchased through U.S. virtual currency exchanges) to virtual currency addresses controlled outside of the U.S., knowing that the funds involved in the transfers represented wire

_____

[13] *See e.g.,* Lily Hay Newman & Matt Burgess, *The Pig Butchering Invasion Has Begun*, WIRED (Sept. 30, 2024, 6:00 AM), https://www.wired.com/story/pig-butchering-scam-invasion/, ("Such "pig butchering" operations have largely been concentrated in Myanmar, Cambodia, and Laos, typically rooted in Chinese organized crime groups exploiting instability and poor governance in the region. . . . [P]ig butchering operations that are offshoots of the Southeast Asian activity have emerged in the Middle East, Eastern Europe, Latin America, and West Africa.")

fraud proceeds from U.S. victims, and to conceal the nature, location, source, ownership or control of the wire fraud proceeds.

90. Furthermore, based on analysis of the transaction activity involving the subject-controlled addresses that first received the victims' funds, the multiple intermediary addresses that later received, commingled, and consolidated confirmed/suspected victims' funds (including with funds of unidentified origins), and the **Subject Virtual Currency Addresses** which have held and still currently hold over a million dollars' worth of cryptocurrency, these addresses were used in a coordinated fashion to make transactions designed to conceal the nature, location, source, ownership, or control of wire fraud proceeds in violation of Title 18, United States Code, Section 1956(a)(1)(B)(i).

91. Such transaction activity, for example, is seen through the transfer of victim funds, as displayed in Exhibit 10. First, the victim funds were sent to a subject-controlled address from a cryptocurrency exchange. These addresses are provided to victims by the criminals as unattributed "0 Level" deposit addresses to evade identification or potential interference. Such is the case with the initial deposit addresses that were queried on IC3 to identify aforementioned victims. Additionally, these addresses are oftentimes only shared with one victim to reduce the likelihood that their address is flagged to law enforcement.

92. Funds were then rapidly sent through multiple cryptocurrency addresses, often with multiple transactions on the same day. Once deposited into the 0 Level initial deposit addresses, it is common for the funds to flow quickly from address to address before reaching a consolidation wallet, where the funds might rest for a longer period, allowing criminals time to comingle those funds with other illicit gains before moving the funds again towards a cash-out point where they can convert the pool of funds to fiat currency. Funds were also sent through decentralized

exchanges, like Tokenlon, and, for a fee, converted into a different asset. Decentralized exchanges ("DEXs") allow users to swap one cryptocurrency type for another, often without having to provide any identifying information, so users can remain anonymous. All the victim funds in this case were converted into USDT, which is very common as scammers are able to stabilize the value of their proceeds by converting them to a stablecoin, which pegs its value to the U.S. dollar.

93.    Criminals will often conduct multiple otherwise unnecessary transactions in the transfer of funds, incurring transaction costs, to layer ill-gotten funds to ultimately conceal or disguise the nature, location, source, ownership, or control of those proceeds. The large number of quick transfers between these intermediary addresses and ultimately to **Subject Virtual Currency Addresses** is a strong indication that the movement of funds was performed in a manner meant to conceal or disguise nature, location, source, ownership, or control of the proceeds of a specified unlawful activity (in this case, wire fraud). There is no reason, economic or otherwise, for legitimate businesses or individuals to conduct cryptocurrency transfers in the above fashion. Whether transferring Bitcoin (BTC) or USDT, each individual cryptocurrency transfer costs money. For USDT, that cost comes through the payment of transactions fees. It is reasonable to assume that businesses and individuals would strive to minimize those fees by conducting transfers with as few transactions, or "hops," as possible. Furthermore, each transaction delays the whole process, defeating one of the key attributes of virtual currency as a quick means of exchange.

94.    These intermediary addresses have made many high-value transactions, followed by a pattern of rapid movement of funds with large corresponding withdrawals. Most intermediary addresses have a zero, or very low, USDT balance. From the time of these intermediary addresses' first use, each transferred approximately millions of dollars worth of cryptocurrency.

95.     Additionally, based on the investigators' experience investigating other CIF scams, the transaction patterns displayed in this investigation are very commonly seen in CIF laundering investigations, with victims' funds from multiple different deposit addresses being funneled into a common consolidation address (e.g., 0x3a19 and 0xcd90) before being sent to multiple additional intermediary addresses prior to being deposited into the **Subject Virtual Currency Addresses**. The common flow of the victims' funds shows that these addresses were part of a network of addresses that were used to receive and conceal wire fraud proceeds.

96.     Criminals involved in the laundering of proceeds from scams such as CIF do not typically commingle with clean funds with stolen funds outside of the purpose of further laundering the CIF funds. Therefore, even if not all the **Defendant Property** in the **Subject Virtual Currency Addresses** are directly traceable to known victims, all funds being deposited into the **Subject Virtual Currency Addresses** are likely to consist of the proceeds of cryptocurrency investment fraud schemes, or similar scams, and are commingled for the purpose of concealing, disguising, and laundering the funds.

## COUNT ONE – FORFEITURE OF DEFENDANT PROPERTY
### (18 U.S.C. § 981(a)(1)(C))

97.     The **Defendant Property** includes property constituting or derived from proceeds traceable to wire fraud and conspiracy to commit wire fraud, in violation of 18 U.S.C. §§ 1343 and 1349.

98.     Accordingly, the **Defendant Property** is subject to forfeiture to the United States under 18 U.S.C. § 981(a)(1)(C).

## COUNT TWO – FORFEITURE OF DEFENDANT PROPERTY

### (18 U.S.C. § 981(a)(1)(A))

99.    The **Defendant Property** constitutes property involved (a) domestic and international concealment of money laundering transactions committed in violation of Title 18, United States Code, Sections 1956(a)(1)(B)(i) and 1956(a)(2)(B)(i), (b) a conspiracy to engage in money laundering, committed in violation of Title 18, United States Code, Section 1956(h).

100.    Accordingly, the **Defendant Property** is subject to forfeiture to the United States under 18 U.S.C. § 981(a)(1)(A).

### PRAYER FOR RELIEF

WHEREFORE, the United States of America prays that notice issue on the **Defendant Property** as described above; that due notice be given to all parties to appear and show cause why the forfeiture should not be decreed; that this Honorable Court issue a warrant of arrest *in rem* according to law; that judgment be entered declaring that the **Defendant Property** be forfeited to the United States of America for disposition according to law; and that the United States of America be granted such other relief as this Court may deem just and proper.

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney


/s/ Rick Blaylock, Jr.
Rick Blaylock, Jr.
TX Bar No. 24103294
Assistant United States Attorney
Asset Forfeiture Coordinator
United States Attorney's Office
601 D Street, N.W.
Washington, D.C. 20001
(202) 252-6765
rick.blaylock.jr@usdoj.gov

51

**VERIFICATION**

I, John Schmitz, a Special Agent with the United States Secret Service, declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the foregoing Verified Complaint for Forfeiture *in rem* is based upon reports and information known to me and/or furnished to me by other law enforcement representatives and that everything represented herein is true and correct.

Executed on this 21st day of July 2026.

John Schmitz
Special Agent
United States Secret Service

52